UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05 CR 10189 PBS**

| | | |
|---|---|---|
| UNITED STATES | ) | CRIMINAL NO. |
| | ) | |
| V. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Unlawful Possession of a |
| ANTHONY TONEY | ) | Firearm and Ammunition by a |
| | ) | Felon |

<u>INDICTMENT</u>

**COUNT ONE:**
**18 U.S.C. § 922(g)(1)**
**(Unlawful Possession of a Firearm and Ammunition by a Felon)**

The Grand Jury charges that:

On or about May 8, 2005, in Roxbury, in the District of Massachusetts,

**ANTHONY TONEY,**

defendant herein, having previously been convicted by a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in or affecting commerce, a firearm and ammunition, to wit: a Lorcin model L25, .25 caliber pistol, bearing serial number 011046, and 7 rounds of .25 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

-1-

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

_____
EUGENIA M. CARRIS
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, July 27, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk
12:23 P

JS 45 (5/97) - (Revised USAO MA 6/29/04)     05 CR 10189 PBS

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Roxbury       **Category No.** II       **Investigating Agency** ATF

**City** Roxbury       **Related Case Information:**

**County** Suffolk
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   05-MJ-11138-LTS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Anthony Toney       Juvenile: [ ] Yes  [X] No

Alias Name: _____

Address: 21 Woodville Street # 2, Roxbury, MA 02119

Birth date (Year only): 1970   SSN (last 4 #): 0128   Sex: M   Race: Afr. Amer.   Nationality: _____

Defense Counsel if known: Oscar Cruz   Address: Federal Defenders  617 223 8061

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Eugenia M. Carris       Bar Number if applicable: _____

Interpreter: [ ] Yes  [X] No       List language and/or dialect: _____

Matter to be SEALED: [ ] Yes  [X] No

[ ] Warrant Requested       [X] Regular Process       [ ] In Custody

**Location Status:**

Arrest Date: May 8, 2005

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[X] On Pretrial Release: Ordered by Judge Sorokin on June 30, 2005

Charging Document: [ ] Complaint   [ ] Information   [X] Indictment

Total # of Counts: [ ] Petty   [ ] Misdemeanor   [X] Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: July 27, 2005       Signature of AUSA: /s/ E.M. Carris

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Anthony Toney

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 922(g)(1) | Unlawful Possession of a Firearm by a Felon | 1 |
| Set 2  _____ | _____ | _____ |
| Set 3  _____ | _____ | _____ |
| Set 4  _____ | _____ | _____ |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**