UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                CRIMINAL NO. 05-10189-PBS

v.

ANTHONY TONEY
_____

JOINT MOTION FOR EXCLUDABLE DELAY

The parties respectfully request the Court to order the period from August 2, 2005 to September 19, 2005 excluded under the Speedy Trial Act. In support of this request, the parties state that, at the defendant's arraignment they orally agreed, pursuant to Local Rule 112.2, that this time is excludable. WHEREFORE, the parties request that the period of August 2, 2005 to September 19, 2005 be excluded for purposes of the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:/s/Oscar Cruz, Jr./EMC                By:   /s/Eugenia M. Carris
   Oscar Cruz, Jr.                             Eugenia M. Carris
   Federal Defender's Office                   Assistant U.S. Attorney
   408 Atlantic Ave.                           U. S. Attorney's Office
   Boston, MA 02210                            John Joseph Moakley
                                               United States Courthouse
                                               1 Courthouse Way, Suite 9200
                                               Boston, MA  02210

Dated:  August 3, 2005