UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10189-PBS |
| | ) | |
| ANTHONY TONEY | ) | |
| | ) | |

### MOTION TO AMEND CONDITIONS OF RELEASE

Now comes the defendant through counsel and requests that his condition of releas relating to a 9:00 pm to 6:00 am curfew be terminated for the duration of the pendency of matter. The defendant has been gainfully employed with a company called Chapman Waterproofing Company of Boston, Massachusetts since well before the date of his releas conditions in this matter. He has been working "day shifts" that have not interfered with t currently imposed curfew. In recent weeks, there has been a request by Mr. Toney's super ors that he take on "night shifts" that run from 8-9:00 pm in the evening until 5-6:00 am. The shifts involve a specific type of construction work that Mr. Toney has particular experienc doing with this company. In order to remain of value to his employer, Mr. Toney is reque: g that this curfew be lifted so that he can take on these overnight shifts. Mr. Toney's condit: ll release has run smoothly and without incident to date.

The Assistant United States Attorney assigned to this case, Eugenia Carris, has no objection to this request. Pre-Trial Services has also been informed and will defer to what r decision the Court makes concerning the curfew issue.

*Allowed for reasons stated in Court and defendant to comply with 10pm curfew when not working.* — (PBS) 9/19/05

ANTHONY TONEY
By his attorney,

  /s/Oscar Cruz, Jr.
Oscar Cruz, Jr.
  B.B.O. #630813
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: September 19, 2005

INCORPORATED 1925



CHAPMAN WATERPROOFING COMPANY • TELEPHONE 617 288-3000 • FAX 617 288-3005
395 COLUMBIA ROAD • P.O. BOX 255300 • BOSTON, MASSACHUSETTS 02125-5036

September 19, 2005

To Whom It May Concern:

Our firm currently has three large waterproofing projects operating off hours. Mr. Anthony Toney's opportunity of continued employment would be greatly expanded if he was able to work second and third shifts.

If you have any questions, please feel free to contact me.

Yours truly,

Thomas L. Murphy, Field Manager

*Sealant, Waterproofing & Restoration Institute*