UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10189-PBS |
| | ) | |
| ANTHONY M. TONEY | ) | |

**ASSENTED-TO MOTION FOR EXCLUDABLE
DELAY FOR PERIOD FROM
<u>OCTOBER 31, 2005, UNTIL DECEMBER 19, 2005</u>**

The government respectfully requests the Court to order the period from October 31, 2005, until December 19, 2005 excluded for purposes of the Speedy Trial Act.  In support of this request, the government states the following:

1)   The period from October 31, 2005, until December 19, 2005 is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A), to allow the government an opportunity to complete discovery, and to allow the defendant an opportunity to review such discovery.

2)   The parties agreed orally during an interim status conference on October 31, 2005, to exclude the above-referenced period.  This Court instructed the government to file a joint motion to such effect.

-2-

WHEREFORE, the government respectfully requests that the period from October

31, 2005, until December 19, 2005, be excluded for purposes of the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By: /s/Eugenia M. Carris
EUGENIA M. CARRIS
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley  U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Assented to:                                  (617) 748-3282


/s/Oscar Cruz, Jr./EMC
OSCAR CRUZ, JR.
Federal Defender's Office
408 Atlantic Avenue
Third Floor - Suite 328
Boston, MA 02210
(617) 223-8061


Dated:  November 3, 2005

**CERTIFICATE OF SERVICE**

I hereby certify I have caused a copy of the foregoing document to be served on counsel of record
via electronic filing this 3rd day of November, 2005.

/s/Eugenia M. Carris
EUGENIA M. CARRIS
Assistant U.S. Attorney