UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                    CRIMINAL NO. 05-10189-PBS

v.

ANTHONY TONEY

_____

ASSENTED-TO MOTION FOR EXCLUDABLE DELAY

The government respectfully requests the Court to order the period from December 19, 2005 to February 27, 2006 excluded under the Speedy Trial Act. In support of this request, the government states that, at the final status conference the parties orally agreed, pursuant to Local Rule 112.2, that this time is excludable. WHEREFORE, the government requests that the period of August 2, 2005 to September 19, 2005 be excluded for purposes of the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Assented to:
By:/s/Oscar Cruz, Jr./EMC          By:   /s/Eugenia M. Carris
   Oscar Cruz, Jr.                        Eugenia M. Carris
   Federal Defender's Office              Assistant U.S. Attorney
   408 Atlantic Ave.                      U. S. Attorney's Office
   Boston, MA 02210                       John Joseph Moakley
                                          United States Courthouse
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA  02210

Dated: December 21, 2005