UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
**1:05-10189PBS**

UNITED STATES OF AMERICA

v.

**ANTHONY TONEY**

ORDER AND
<u>FINAL STATUS REPORT</u>

**December 22, 2005**

SOROKIN, M.J.

A Final Status Conference was held before this court on **December 19, 2005**, pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court enters the following report and orders.

1. A trial maybe necessary as to the defendant.

2. The discovery to be provided before the Initial Pretrial Conference is complete and neither party anticipates providing additional discovery as a result of its future receipt of information, documents or reports of examinations or tests.

3. Any motions to sever, dismiss or suppress are due on **February 27, 2005** with the government's opposition due on **March 13, 2006**.

4. The defendant does does not intend to raise a defense of insanity or public authority.

5. No unexcluded time has elapsed since the arraignment through February 27, 2006, thus seventy (70) days remain under the Speedy Trial Act before trial must commence.

6. The estimated length of trial is **3** days.

**The Clerk shall return this file to the District Judge assigned to this case for a status conference forthwith after February 27, 2006.**

                                          / s / Leo T. Sorokin  
                                      LEO T. SOROKIN  
                                      UNITED STATES MAGISTRATE JUDGE