UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  05-10189-PBS |
| v. | |
| ANTHONY TONEY | |

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                        December 23, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion to Suppress on **March 28, 2006**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                    By the Court,

                                                  /s/ Robert C. Alba
                                                  Deputy Clerk

Copies to:  All Counsel