UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                               ) | CRIMINAL NO. 05-10189-PBS |
| ) | |
| ANTHONY TONEY                      ) | |

## MOTION TO SUPPRESS FRUITS OF ILLEGAL SEARCH AND SEIZURE

Defendant, Anthony Toney, respectfully moves that this Court suppress from evidence a gun, ammunition, and any other items allegedly observed or seized during a warrantless search and seizure of his 2003 Lexis bearing Massachusetts registration 19501 on May 8, 2005, as well as any statements allegedly made by him that resulted from the unlawful searches or seizures.

As grounds for this motion, defendant states that the evidence was obtained in violation of his rights under the Fourth Amendment to the Constitution.

Defendant anticipates, based on discovery and investigation conducted to date, that testimony at an evidentiary hearing would show the following.

On May 8, 2005, defendant was arrested after a routine traffic stop when officers discovered he had an open misdemeanor warrant out of the Dorchester District Court. The defendant was arrested outside his car on Woodville Street in Roxbury. The defendant's home was a short distance from the site of the arrest. Officers allowed the defendant to call his girlfriend, Banna Zerai, to come down the street to the site of the arrest and retrieve his car and some food he had just bought for her. The police searched the car while it was parked on

Woodville Street and retrieved a gun from inside the front passenger seat's rear storage pouch. Instead of turning the defendant's car over to Ms. Zerai, the police had the car towed.

Defendant further states:

1. Police did not have a search warrant to search the car.

2. Police lacked probable cause to justify any warrantless search of the car based on the defendant's actions prior to or after the traffic stop; the police had no other information regarding the defendant prior to the traffic stop.

3. The search cannot be justified as an inventory search.

4. Consent to search the car was not given to the police by the defendant.

5. Any statements allegedly made by defendant were fruits of the unlawful police conduct.

Since none of the searches or seizures at issue were supported by a warrant, the government has the burden of showing that the challenged police conduct was lawful. Defendant reserves the right to supplement or amend this motion after the government files its response and/or after additional discovery or investigation is completed.

### REQUEST FOR EVIDENTIARY HEARING

Defendant requests an evidentiary hearing on this motion.

ANTHONY TONEY
By his attorney,

*/s/ Oscar Cruz, Jr.*
Oscar Cruz, Jr.
B.B.O. # 630811
Federal Defender Office
408 Atlantic Avenue
3rd Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Oscar Cruz, Jr., hereby certify that a true copy of the above document was served upon Assistant United States Attorney Eugenia Carris by interoffice delivery on February 27, 2006.

*/s/ Oscar Cruz, Jr.*
Oscar Cruz, Jr.