UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10189-PBS

UNITED STATES OF AMERICA

v.

ANTHONY TONEY

_____

### ASSENTED-TO MOTION FOR CONTINUANCE OF HEARING

The government respectfully requests the Court continue the March 28, 2006 hearing[1] on defendant's Motion to Suppress in the above matter. As grounds therefor, the government states that one of its law enforcement witnesses will be out on medical leave until mid-April.

Counsel for defendant assents to this motion. Defendant is not in custody and a continuance will not prejudice him.

The parties are available on May 11, 2006 and understand from this Court's Clerk that May 11 is also a convenient date for the Court.

---

[1] As set forth in its Opposition to the Motion to Suppress, the government does not believe a hearing on this motion is warranted; however, it files this motion to continue should the Court decide to hold one.

WHEREFORE, the government requests that, if the Court is inclined to hold a hearing on this matter, that it continue same until May 11, 2006.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MICHAEL J. SULLIVAN<br>United States Attorney |
| Assented to:<br>By:/s/Oscar Cruz, Jr./EMC<br>    Oscar Cruz, Jr.<br>    Federal Defender's Office<br>    408 Atlantic Ave.<br>    Boston, MA 02210 | By:   /s/Eugenia M. Carris<br>    Eugenia M. Carris<br>    Assistant U.S. Attorney<br>    U. S. Attorney's Office<br>    John Joseph Moakley<br>    United States Courthouse<br>    1 Courthouse Way, Suite 9200<br>    Boston, MA  02210 |

Dated: March 13, 2006

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participates as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 13, 2006.

<u>Eugenia M. Carris</u>
Eugenia M. Carris