UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10189-PBS |
| | ) | |
| ANTHONY TONEY | ) | |

<u>MOTION FOR LEAVE TO FILE REPLY</u>

Defendant respectfully moves this Court, under Local Rule 7.1(a)(3), to permit him to file a reply to the Government's Opposition to Defendant's Motion to Suppress Evidence. As reason therefore, defendant states that the government's opposition contains a request that the defendant should be denied an evidentiary hearing before the Court for not addressing a particular legal argument in his original pleadings. The attached reply addresses the arguments raised by the government and is submitted to ensure the defendant receives an evidentiary hearing in this matter.

                                                   ANTHONY TONEY
                                                  By his attorney,

                                                  /s/ Oscar Cruz, Jr.
                                                  Oscar Cruz, Jr.
                                                  B.B.O. #630813
                                                  Federal Defender Office
                                                  408 Atlantic Ave., 3rd Floor
                                                  Boston, MA  02110
                                                  Tel: 617-223-8061

## CERTIFICATE OF SERVICE

     I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Assistant U.S. Attorney Eugenia Carris, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 8, 2006

                                              /s/ Oscar Cruz, Jr.
                                              Oscar Cruz, Jr.