AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

United States
V.
Anthony Tony

**EXHIBIT** ~~████~~ **LIST**

Case Number: 05-CR-10189-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Eugenia Carris | Oscar Cruz, Jr. |
| TRIAL DATE (S) 5-11-06, 5-12-06 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 5/11/06 |   | ✓ | HAND DRAWN MAP OF BLUE HILL AVE & MORELAND ST |
| 2 |   | 5/11/06 |   | ✓ | REGISTRATION INQUIRY & COPY OF CITATION |
| 3 |   | 5/11/06 |   | ✓ | LEAPS CANDIDATE NAME LIST |
| 4 |   | 5/11/06 |   | ✓ | BOSTON PD RULES & REGULATIONS — RULE 103 |
| 5 |   | 5/11/06 |   | ✓ | BOSTON PD FORM 2012 — INVENTORY |
| 6 |   | 5/11/06 |   | ✓ | PRINTOUT OF WARRANT |
|   | 1 | 5/11/06 |   | ✓ | PHOTOGRAPH OF DEFENDANT'S CAR |
|   | 2 | 5/11/06 |   | ✓ | M.G.L.A. 89 § 4A |
|   | 3 | 5/11/06 |   | ✓ | M.G.L.A. 90 § 25 |
|   | 4 | 5/11/06 |   | ✓ | TELEPHONE INFORMATION |
| 7 |   | 5/12/06 |   | ✓ | INCIDENT HISTORY REPORT |
|   | 5 | 5/12/06 |   | ✓ | PHOTO OF INTERSECTION OF MORELAND ST AND BLUE HILL AVE |
|   | 6 | 5/12/06 |   | ✓ | AERIAL PHOTOGRAPH OF BLUE HILL AVE AREA |
| 8 |   | 5/12/06 |   | ✓ | PHOTOGRAPH OF INTERSECTION OF BLUE HILL AVE. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages