AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

United States
V.
Anthony Tony

███████ WITNESS LIST

Case Number: 05-CR-10189-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Eugenia Carris | Oscar Cruz, Jr. |
| TRIAL DATE (S) 5-11-06, 5-12-06 | COURT REPORTER Lee Marzilli / Valerie Oliva | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/11/06 | | | THOMAS BROOKS |
| 2 | | 5/11/06 5/12/06 | | | JAMES BOWDEN |
| | 1 | 5/11/06 | | | BANNA ZERAI |
| | 2 | 5/11/06 | | | GREER TONEY |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages