UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  05-10189-PBS |
| v. | |
| ANTHONY TONEY | |

### NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                                    July 6, 2006

    The Final Pretrial Conference previously scheduled for July 18, 2006, at 3:00 p.m., has been **rescheduled** to **July 18, 2006, at 4:00 p.m.**

**NOTE**: Change is to time only.

                                                                     By the Court,

                                                                     _/s/ Robert C. Alba__
                                                                     Deputy Clerk

Copies to:  All Counsel

resched.ntc