UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                           CRIMINAL ACTION
                                           NO.   05-10189-PBS

            v.

ANTHONY TONEY


## NOTICE OF RULE 11 HEARING


SARIS, U.S.D.J.                                               July 13, 2006


         TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **July 31, 2006**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.


                                       By the Court,


                                        /s/ Robert C. Alba
                                       Deputy Clerk


Copies to:  All Counsel