UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10189-PBS |
| ) | |
| ANTHONY TONEY ) | |
| ) | |

**DEFENDANT'S MOTION TO IMPOUND
DEFENDANT'S SENTENCING MEMORANDUM AND FOR LEAVE TO FILE
MATERIALS UNDER SEAL**

Defendant, Anthony Toney, respectfully moves pursuant to Local Rule 7.2 that the Court impound Defendant's Sentencing Memorandum, which includes as an attachment a number of letters for the Court from his family and friends. Defendant further asks for leave to file these sentencing materials under seal. As grounds for this motion, defendant states that the memorandum and attachments contain confidential material. Defendant further moves that the memorandum remain impounded until further order of this Court.

ANTHONY TONEY
By his attorney,

/s/Oscar Cruz, Jr.
Oscar Cruz, Jr.
 B.B.O. #630813
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Oscar Cruz, Jr., hereby certify that a true copy of the above document, Defendant's Motion To Seal and Impound Defendant's Sentencing Memorandum, was served upon Assistant United States Attorney Eugenia Carris by hand delivery on October 30, 2006.

/s/Oscar Cruz, Jr.
Oscar Cruz, Jr.